| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Marvel, Paige | 2. Court or Organization United States Tax Court | 3. Date of Report 08/12/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge (Active Status) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 SECOND STREET, N.W.
WASHINGTON, D.C. 20217

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Partnership #1 |
| 2. | Custodian | 529 Acct. #4 |
| 3. | Trustee | REH Irrevocable Trust |
| 4. | Trustee | LHH Revocable Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | RBC Traditional IRA Distribution | $25,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Baltimore Teacher Network Inc.-Teaching |
| 2. 2012 | TRowePrice Rollover IRA (Maryland State Pension Plan) distributions |
| 3. 2012 | Maryland Supp. Retriement Plan distributions |
| 4. 2012 | RBC Roth IRA distributions |
| 5. 2012 | Fidelity IRA distributions |
| 6. 2012 | Wells Fargo IRA distribution |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Florida | 4/5/12-4/6/12 | Gainesville, FL | To give presentation to the University's Tax LLM students | Transportaion, lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Aspen Publishers | Complimentary copy, Mergers, Acquisitions & Buyouts, and update for prof. use | $600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington University in St. Louis | Tuition Payment Plan Loan | K |
| 2. | Emory University | Tuition | K |
| 3. | U.S. Dept. of Education | Student Loans | K |
| 4. | Washington University in St. Louis | Student Loans | J |
| 5. | Emory University | Student Loans | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 33% pship. interest, Margaret's Landing Partnership | | None | K | W | | | | | |
| 2. USAA Subscribers Savings Account | B | Distribution | J | T | | | | | |
| 3. USAA Fed. Savings Bank Accts. #1 | A | Interest | J | T | | | | | |
| 4. USAA Fed. Savings Bank Accts. #2 | A | Interest | J | T | | | | | |
| 5. M&T Bank accts. | A | Interest | L | T | Open | 1/17/12 | J | | |
| 6. Wells Fargo Accts. | A | Interest | | | Closed | 1/17/12 | J | | |
| 7. T. Rowe Price Acct. (H): | | | | | | | | | |
| 8. -Growth Stock Fund | A | Dividend | K | T | Sold (part) | 5/3/12 | J | | |
| 9. -Maryland Bond Fund (Y) | | | | | | | | | |
| 10. RBC Brokerage Acct. (H): | | | | | | | | | |
| 11. -Shares, ADT Corporation | A | Dividend | J | T | Spinoff (from line 28) | 10/1/12 | J | | |
| 12. -Shares, Aegion Corp. | | None | | | Sold | 10/17/12 | J | C | |
| 13. -Shares, AT&T Inc. | A | Dividend | J | T | | | | | |
| 14. -Shares, Advent Claymore Conv. Sec. & Income Fund | A | Dividend | J | T | | | | | |
| 15. -Common, Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 16. -Common, Cisco Systems Inc. (X) | A | Dividend | J | T | | | | | |
| 17. -Shares, Covidien PLC | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Common, Exxon Mobil Corp | B | Dividend | L | T | Sold (part) | 1/12/12 | J | C | |
| 19. -Common, Fresenius Med Care Aktiengesellschaft ADR | A | Dividend | J | T | | | | | |
| 20. -Common, General Electric Co. | A | Dividend | K | T | | | | | |
| 21. -Common, Heinz H J Co. | A | Dividend | J | T | | | | | |
| 22. -Shares, Motorola Mobility Holdings, Inc. | | None | | | Sold | 2/3/12 | J | | |
| 23. -Shares, Motorola Solutions, Inc. | A | Dividend | | | Sold | 10/17/12 | J | | |
| 24. -Shares, Pentair Ltd. | A | Dividend | J | T | Spinoff (from line 28) | 10/1/12 | J | | |
| 25. -Common, Pfizer Inc. | A | Dividend | J | T | | | | | |
| 26. -Shares, PNC Financial Services Group, Inc. | A | Dividend | J | T | | | | | |
| 27. -Shares, TE Connectivity Ltd. | A | Dividend | K | T | | | | | |
| 28. -Common, Tyco Intl Ltd | A | Dividend | J | T | | | | | |
| 29. -Shares, UDR Inc. | B | Dividend | K | T | | | | | |
| 30. -Shares, Verizon Communications | A | Dividend | J | T | | | | | |
| 31. -Shares, U.S. Govt. Money Mkt. Fund RBC Reserve Class | A | Dividend | J | T | Sold (part) | 1/17/12 | J | | |
| 32. | | | | | Sold (part) | 2/28/12 | J | | |
| 33. | | | | | Sold (part) | 3/21/12 | J | | |
| 34. | | | | | Sold (part) | 4/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 5/29/12 | J | | |
| 36. | | | | | Sold (part) | 7/1/12 | J | | |
| 37. | | | | | Sold (part) | 7/28/12 | J | | |
| 38. | | | | | Sold (part) | 8/22/12 | J | | |
| 39. | | | | | Sold (part) | 8/30/12 | J | | |
| 40. | | | | | Sold (part) | 10/17/12 | J | | |
| 41. | | | | | Sold (part) | 10/29/12 | J | | |
| 42. | | | | | Sold (part) | 11/28/12 | J | | |
| 43. Fidelity Brokerage Rollover IRA: | E | Dividend | O | T | | | | | |
| 44. -Fidelity New Markets Income | | | | | Buy (add'l) | 3/20/12 | J | | |
| 45. | | | | | Buy (add'l) | 9/6/12 | J | | |
| 46. -Spartan 500 Index | | | | | Sold (part) | 4/3/12 | J | B | |
| 47. | | | | | Sold (part) | 9/6/12 | J | B | |
| 48. -Fidelity Strategic Real Return | | | | | Buy | 9/27/12 | J | | |
| 49. -Fidelity Contrafund | | | | | | | | | |
| 50. -Fidelity Equity-Income | | | | | | | | | |
| 51. -Fidelity GNMA Fund | | | | | Buy (add'l) | 3/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fidelity Government Income | | | | | | | | | |
| 53. -Fidelity Low-Priced Stock | | | | | Sold (part) | 3/20/12 | J | B | |
| 54. -Fidelity Dividend Growth | | | | | Sold (part) | 8/23/12 | J | D | |
| 55. | | | | | Sold | 9/27/12 | J | A | |
| 56. -Fidelity Select Biotechnology | | | | | | | | | |
| 57. -Fairholme Fund | | | | | | | | | |
| 58. -Oakmark Select I | | | | | | | | | |
| 59. -Loomis Sayles Bond Retail Shares | | | | | Buy (add'l) | 6/21/12 | J | | |
| 60. -Pimco Real Return Class D | | | | | | | | | |
| 61. -Permanent Portfolio | | | | | | | | | |
| 62. -Vanguard Inflation Protected Secs. | | | | | | | | | |
| 63. -Wasatch Ultra Growth | | | | | | | | | |
| 64. -Wasatch International Growth | | | | | | | | | |
| 65. -Wells Fargo C&B Mid Cap Value Fund CL D | | | | | Sold | 3/22/12 | J | D | |
| 66. -Shares, Seaspan Corp. | | | | | | | | | |
| 67. -Shares, Berkshire Hathaway Inc. Cl B | | | | | | | | | |
| 68. -CPFL Energia S A Sponsored ADR | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Shares, Dendreon Corp. (Y) | | | | | | | | | |
| 70. -Shares, EMC Corp. | | | | | | | | | |
| 71. -Shares, First Tr ISE Chindia Index FD | | | | | | | | | |
| 72. -Shares, Goldman Sachs Group Inc. | | | | | | | | | |
| 73. -Shares, Greenhaven Continuous Commodity Index Fund | | | | | | | | | |
| 74. -ISHARES INC. MSSCI Bric Index Fund | | | | | | | | | |
| 75. -ISHARES INC. MSCI Singapore Index FD | | | | | | | | | |
| 76. -ISHARES INC. MSCI Malaysia Free Index FD | | | | | | | | | |
| 77. -JPMorgan Chase & Co. Alerian MLP Index ETN | | | | | | | | | |
| 78. -Common, Lundin Mng Corp. | | | | | | | | | |
| 79. -Common, Nabi Biopharmaceuticals | | | | | Sold | 8/27/12 | J | | |
| 80. -Shares, Potash Corp Sask Inc. | | | | | | | | | |
| 81. -Shares, Vale S A ADR | | | | | | | | | |
| 82. -Shares, Wisdomtree Emerg. Mkts Equity Income Fund | | | | | Buy | 9/11/12 | J | | |
| 83. -Shares, Federal Realty Invst Tr. Sh. Ben. Int. | | | | | | | | | |
| 84. -Shares, Kimco Realty Corp. | | | | | | | | | |
| 85. -Fidelity Cash Reserves | | | | | Distributed (part) | 11/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Marvel, Paige | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. T.RowePrice Rollover IRA: | E | Dividend | O | T | | | | | |
| 87. -T. Rowe Price Capital Appreciation | | | | | | | | | |
| 88. -Rowe Price Emerging Markets Stock | | | | | | | | | |
| 89. -Rowe Price Equity Income | | | | | | | | | |
| 90. -Rowe Price Equity Index 500 | | | | | | | | | |
| 91. -Rowe Price Health Sciences | | | | | | | | | |
| 92. -Rowe Price International Discovery | | | | | | | | | |
| 93. -Rowe Price Latin America | | | | | | | | | |
| 94. -Rowe Price Mid-Cap Value | | | | | | | | | |
| 95. -Rowe Price New Asia | | | | | | | | | |
| 96. -Rowe Price New Horizons | | | | | Buy (add'l) | 9/14/12 | J | | |
| 97. -Rowe Price Science & Technology | | | | | Sold (part) | 9/14/12 | J | | |
| 98. -Rowe Price Small-Cap Value | | | | | | | | | |
| 99. - Rowe Price Emerging Markets Bond | | | | | | | | | |
| 100. -Rowe GNMA | | | | | | | | | |
| 101. -Rowe High Yield | | | | | | | | | |
| 102. -Rowe US Treasury Intermediate | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity Traditional IRA Acct.: | A | Dividend | L | T | | | | | |
| 104. -Shares, CNOOC Limited ADS EACH REP 100 ORD HKDO 02 | | | | | | | | | |
| 105. -Common, Berkshire Hathaway | | | | | | | | | |
| 106. -Shares, Seaspan Corporation | | | | | | | | | |
| 107. -Common, Vaalco Energy Inc. | | | | | | | | | |
| 108. -Dreyfus Opportunisti Midcap Value CL A Fund | | | | | | | | | |
| 109. -Teton Westwood Mighty Mites FD (formerly Gamco...) | | | | | | | | | |
| 110. -Fidelity Cash Reserves (Y) | | | | | | | | | |
| 111. RBC IRA Acct.: | A | Dividend | J | T | | | | | |
| 112. -Ishares Tr Nasdaq Biotech Index Fund | | | | | | | | | |
| 113. -Powershares QQQ Trust Unit Ser. 1 | | | | | | | | | |
| 114. -US Govt. Money Market Fund RBC Reserve Class (Y) | | | | | | | | | |
| 115. Wells Fargo IRA-Small/MidCap Fund - Opportunity. | | None | | | Distributed | 2/21/12 | J | D | |
| 116. MD State Retirement Plan - Sec. 457(b) Acct.: | A | Dividend | L | T | | | | | |
| 117. -Shares, Euro Pacific Growth Fund A | | | | | Sold (part) | 2/17/12 | K | C | |
| 118. | | | | | Sold (part) | 7/19/12 | J | | |
| 119. -Shares, Investment Contract Pool | | | | | Buy (add'l) | 2/17/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 2/20/12 | K | | |
| 121. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 122. | | | | | Sold | 12/20/12 | J | | |
| 123. -Shares, PIMCO Total Return Fund | | | | | | | | | |
| 124. -Shares, Vanguard Instl. Index Fund | | | | | Sold (part) | 2/17/12 | K | D | |
| 125. IRA Accts. - American Century: | A | Dividend | K | T | | | | | |
| 126. -Equity Income Stock Fund | | | | | | | | | |
| 127. -Emerging Markets Stock Fund | | | | | | | | | |
| 128. -CMG Focus Fund | | | | | | | | | |
| 129. IRA Acct. - Greenspring Fund, Inc. | B | Dividend | K | T | | | | | |
| 130. SEP Acct. - Greenspring Fund, Inc. | B | Dividend | K | T | | | | | |
| 131. RBC Roth IRA: | A | Dividend | J | T | | | | | |
| 132. -Common, Cisco Systems Inc. (Y) | | | | | | | | | |
| 133. -Shares, Highmark Group Value Momentum FD-Retail Class A | | | | | | | | | |
| 134. -US Govt Money Market Fund RBC Reserve Class (Y) | | | | | | | | | |
| 135. Vanguard Rollover IRA: | C | Dividend | L | T | | | | | |
| 136. -Shares, Convertible Securities | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Shares, Dividend Growth Fund | | | | | Buy | 2/27/12 | K | | |
| 138. -Shares, Wellesley Income Fund | | | | | Buy | 2/27/12 | K | | |
| 139. RBC Joint Brokerage Acct. (H): | | | | | | | | | |
| 140. -Common, Apple, Inc. | A | Dividend | K | T | | | | | |
| 141. -Common, Walt Disney Co. | A | Dividend | J | T | | | | | |
| 142. -US Govt. Money Market Fund RBC Reserve Class | A | Dividend | J | T | | | | | |
| 143. USAA Investment Acct. (H): | | | | | | | | | |
| 144. -USAA Money Market Fund (Y) | | | | | | | | | |
| 145. -USAA Cornerstone Moderate Fund (formerly Balanced Str.) | A | Dividend | J | T | | | | | |
| 146. -USAA High Income Fund (formerly High-Yield Oppor. FD) | A | Dividend | J | T | | | | | |
| 147. -USAA Value Fund | A | Dividend | J | T | | | | | |
| 148. RBC IRA/A Acct.: | E | Dividend | O | T | | | | | |
| 149. -Shares, Advent Claymore Conv Sec & Income Fund | | | | | | | | | |
| 150. -Shares, Alps ETF Tr Alerian MLP | | | | | | | | | |
| 151. -Common, Amgen Inc. | | | | | | | | | |
| 152. -Shares, BCE Inc. New | | | | | | | | | |
| 153. -Shares, Blackrock Global Energy and Resources Trust | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Common, Caterpillar Inc. | | | | | | | | | |
| 155. -Shares, Compass Diversified Trust | | | | | | | | | |
| 156. -Shares, Cushing Renaissance Fund | | | | | Buy | 9/26/12 | K | | |
| 157. -Shares, Cushing Royalty & Income Fund | | | | | Buy | 2/23/12 | K | | |
| 158. -Note, Duke Rlty Ltd. Partnership, Due 5/15/13, 6.250% | | | | | | | | | |
| 159. -Shares, Eaton Vance Tax Advantaged Dividend Income Fund | | | | | | | | | |
| 160. -Shares, Frontier Communications Corp Ser B | | | | | | | | | |
| 161. -Common, Gasco Energy Inc. | | | | | | | | | |
| 162. -Notes, General Electric Cap Corp., Due 5/13/14, 5.9% | | | | | | | | | |
| 163. -Common, General Electric Co. | | | | | | | | | |
| 164. -Notes, Govt.Natl.Mtg.Assn., Series 2010-42 Class KD | | | | | Redeemed (part) | 4/20/12 | J | A | |
| 165. | | | | | Redeemed (part) | 5/12/12 | J | A | |
| 166. | | | | | Redeemed | 6/20/12 | J | A | |
| 167. -Common, Intermec Inc. | | | | | | | | | |
| 168. -Shares, IShares TR S&P Pfd Stk Index Fund | | | | | | | | | |
| 169. -LP Unit, Kinder Morgan Energy Partners LP | | | | | | | | | |
| 170. -Note, Lowes Cos. Inc., Due 9/15/17, 6.1% | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Notes, MBNA Capital E TOPRA 8.1% B/E | | | | | Redeemed | 7/25/12 | K | | |
| 172. -Shares, MFS Value Fund A | | | | | | | | | |
| 173. -Common, Microsoft Corp. | | | | | | | | | |
| 174. -Shares, Munder Growth Opportunities Fund CL C | | | | | | | | | |
| 175. -Shares, Novartis A G ADR | | | | | | | | | |
| 176. -Common, Pepsico Incorporated | | | | | | | | | |
| 177. -Common, Staples, Inc. | | | | | Buy | 3/21/12 | K | | |
| 178. | | | | | Sold | 5/16/12 | J | | |
| 179. -Common, Sysco Corporation | | | | | | | | | |
| 180. -Shares, Vanguard Intl. Eq. Index FDS Emerg. Markets Fund | | | | | | | | | |
| 181. -Shares, Vanguard Sect.Index FDS Information Technology | | | | | | | | | |
| 182. -Common, Verizon Communications | | | | | | | | | |
| 183. -Shares, US Govt. Money Market Fund (RBC) | | | | | | | | | |
| 184. RBC IRA/B Acct. (H): | D | Dividend | N | T | | | | | |
| 185. -Barclays Bank PLC 4.5-5.5-7% 5/6/25-100% PPN Due 5/6/25 | | | | | Redeemed | 5/8/12 | J | | |
| 186. -Shares, Blackrock Ecosolutions Investment Trust | | | | | | | | | |
| 187. -Common, Bristol Meyers Squibb Co. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -Common, Callaway Golf Co. | | | | | | | | | |
| 189. -Shares, Cohen & Steers Infrastructure Fund Inc. | | | | | | | | | |
| 190. -Constellation Energy Group Inc. Jr. Sub Deb Ser A 8.6% | | | | | | | | | |
| 191. -Common, Eli Lilly & Co. | | | | | | | | | |
| 192. -Shares, Gabelli Dividend & Inc Trust | | | | | | | | | |
| 193. -Common, General Mills, Inc. | | | | | | | | | |
| 194. -Note, Ginnie Mae CMO/Series 2009-123, Due 8/20/39,4.5% | | | | | | | | | |
| 195. -Common, Gladstone Commercial Corporation | | | | | | | | | |
| 196. -Bond, Govt.Nat.Mtg.Assm., Series 2009-108, Due 11/20/39 | | | | | Redeemed | 10/22/12 | J | | |
| 197. -Common, Johnson & Johnson | | | | | | | | | |
| 198. -Shares, MBNA Capital D PFD TRUPS 8.125% | | | | | Redeemed | 7/25/12 | J | A | |
| 199. -Shares, Munder Growth Opportunities Fund Class A | | | | | | | | | |
| 200. -Shares, Pembina Pipeline Corp. | | | | | | | | | |
| 201. -Shares, Provident Energy Ltd. (merged with line 202) | | | | | | | | | |
| 202. -Shares, Vanguard World Funds- Vanguard Health Care ETF | | | | | | | | | |
| 203. -Shares, US Govt. Money Market Fund RBC Reserve Class | | | | | | | | | |
| 204. Rollover IRA - USAA FSB: | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Shares, USAA Money Market Acct. (Y) | | | | | | | | | |
| 206. -Shares, USAA Value Fund | | | | | | | | | |
| 207. -Shares, USAA Precious Metals & Minerals Fund | | | | | | | | | |
| 208. Child No. 1 RBC Acct. (H): | | | | | | | | | |
| 209. -Shares, Berkshire Hathaway CL B Inc. | None | | J | T | | | | | |
| 210. -Shares, US Govt. Money Market Fund RBC Reserve Class(Y) | | | | | | | | | |
| 211. Child.No. 2 RBC Acct. (H): | | | | | | | | | |
| 212. -Shares, Berkshire Hathaway CL B Inc. | None | | J | T | | | | | |
| 213. -Shares, US Govt. Money Market Fund RBC Reserve Class(Y) | | | | | | | | | |
| 214. Children's Savings Bonds-EE | None | | J | T | | | | | |
| 215. Child No. 1 USAA Accts. (H): | | | | | | | | | |
| 216. -USAA FSB Bank Accts. (Y) | | | | | | | | | |
| 217. -USAA Invest. Acct (H): | | | | | | | | | |
| 218. --Cornerstone Moderate Fund (formerly Bal. St. FD) | A | Dividend | J | T | | | | | |
| 219. -USAA Roth IRA (H) | | | | | | | | | |
| 220. --Cornerstone Moderate Fund (formerly Bal.St.FD)(Y) | | | | | | | | | |
| 221. Child No. 2 USAA Accts. (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -USAA FSB Bank Accts. (Y) | | | | | | | | | |
| 223. -USAA Investment Acct. (H): | | | | | | | | | |
| 224. --Cornerstone Moderate Fund (formerly Bal. St. FD) | A | Dividend | J | T | | | | | |
| 225. -USAA Roth IRA- Shares, Total Return Strategy Fund | A | Dividend | J | T | | | | | |
| 226. 529 Acct. No. 3 - College Svgs Plans of MD (H) | | | | | | | | | |
| 227. -Balanced Portfolio | | None | | | Sold | 12/17/12 | J | | |
| 228. -Money Market Portfolio | | None | J | T | Buy | 12/17/12 | J | | |
| 229. 529 Acct. No. 4 - College Svgs Plans of MD (H) | | | | | | | | | |
| 230. -Balanced Portfolio | | None | | | Sold | 12/17/12 | J | | |
| 231. -Money Market Portfolio | | None | J | T | Buy | 12/17/12 | J | | |
| 232. 529 Acct. - Vanguard (Child 1): Income Fund | A | Dividend | J | T | Sold (part) | 8/22/12 | J | | |
| 233. 529 Acct. - Vanguard (Child 2) (H) : | A | Dividend | J | T | | | | | |
| 234. -Income | | | | | Sold (part) | 2/2/12 | J | | |
| 235. | | | | | Sold (part) | 3/7/12 | J | | |
| 236. | | | | | Sold (part) | 4/5/12 | J | | |
| 237. -500 Index | | | | | | | | | |
| 238. - Small-Cap Index | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Total Int. Stk. Index | | | | | | | | | |
| 240. - Value Index | | | | | | | | | |
| 241. REH Irrevocable Trust (H): | | | | | | | | | |
| 242. - Fidelity Inherited IRA (H): | C | Dividend | M | T | | | | | |
| 243. --Shares, Fidelity Asset Manager | | | | | Sold | 12/20/12 | J | C | |
| 244. --Shares, Spartan US Bond Index Fund (corrected name) | | | | | Sold (part) | 12/20/12 | K | B | |
| 245. --Shares, Fidelity Short Term Bond | | | | | | | | | |
| 246. --Shares, Dodge & Cox Income | | | | | Sold | 12/20/12 | J | C | |
| 247. --Shares, Harbor Capital Appreciation Instl. | | | | | | | | | |
| 248. --Shares, Invesco Gold & Precious Metals Inv | | | | | | | | | |
| 249. --Fidelity Cash Reserves | | | | | | | | | |
| 250. -Fidelity Roth IRA (H): | A | Dividend | | | | | | | |
| 251. --Shares, Fidelity Govt. Income | | | | | Sold | 12/20/12 | J | B | |
| 252. --Shares, Oakmark Fund I | | | | | Sold | 12/20/12 | K | D | |
| 253. --Fidelity Cash Reserves (X) | | | | | Buy (add'l) | 12/21/12 | K | | |
| 254. | | | | | Distributed | 12/21/12 | K | | |
| 255. -Bank of Oklahoma (BOO) Checking Acct. | A | Interest | | | Closed | 6/27/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Promissory Note from Vicki A. Marvel, 6% | A | Interest | L | T | | | | | |
| 257. -Wells Fargo Money Market Acct. | A | Interest | | | Closed | 1/24/12 | L | | |
| 258. -M&T Money Market Acct. | A | Interest | L | T | Open | 1/24/12 | L | | |
| 259. LHH Revocable Trust (H):: | | | | | | | | | |
| 260. -Fidelity Roth IRA (H): | A | Dividend | K | T | | | | | |
| 261. --Shares, Fidelity Canada | | | | | | | | | |
| 262. --Shares, Fidelity Contrafund | | | | | | | | | |
| 263. --Shares, Fidelity Interm. Govt. Income | | | | | | | | | |
| 264. -Wells Fargo Money Market Acct. | A | Interest | | | Closed | 1/24/12 | M | | |
| 265. -M&T Money Market Acct. | B | Interest | M | T | Open | 1/24/12 | M | | |
| 266. -TIC Fidelity Acct (H).: | | | | | | | | | |
| 267. --Shares, Fidelity Municipal Inc. | B | Dividend | K | T | | | | | |
| 268. --Shares, Fidelity Government Income | A | Dividend | J | T | | | | | |
| 269. --Shares, Fidelity Intermediate Muni Income | A | Dividend | J | T | | | | | |
| 270. --Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 271. -Bank of Oklahoma (BOO) Checking Acct. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, Paige | 08/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2012 Amended Report, Part VII, line 31: This asset is the same asset as that listed in my 2011 Amended Report at line 34.

2012 Amended Report, Part VII, line 220: I inadvertantly listed the wrong fund on line 221 of the original report I filed. I have corrected the entry in this amended report.

2012 Amended Report, Part VII, line 225: On my original 2012 report at line 226, I forgot to fill in Columns B and C. I have corrected my mistake in this amended report.

2012 Amended Report, Part VII, lines 226-231: I corrected these entries to reflect a contribution into a new portfolio in each 529 account and the transfer of the balance of the Balanced Portfolio into that same portfolio. At the end of 2012, the only portfolio was the Money Market Portfolio.

2012 Amended Report, Part VII, lines 250-254: The two mutual funds in this IRA were sold on December 20, 2012, the proceeds were deposited into the Fidelity Cash Reserve Fund (an asset that existed in 2011 but was not reportable), and a check for the entire balance of the account was issued on December 21, 2012. I have changed the original entries, lines 248-250 of my original 2012 Report, to clarify the reporting with respect to this investment.

2012 Amended Report: I have deleted the investment listed on line 260, 2012 Report because it does not satisfy the reporting threshold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paige Marvel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544